| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dow, Jr., Robert M. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Illinois | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>E.M. Dirksen U.S. Courthouse<br>219 South Dearborn Street, Suite 1978<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Harvard Law Society of Illinois |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 15 P 12:07 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Bailey & Glasser LLP -- self-employed attorney performing contract legal work |
| 2. 2008 | Brumund, Jacobs, Hammel, Davidson & Andreano LLC -- self-employed attorney performing contract legal work |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judicial Center | 1/14 to 1/18/08 | Richmond, VA | Judicial Training | Transportation, meals, hotel |
| 2. Federal Judicial Center | 2/25 to 2/29/08 | Washington, DC | Judicial Training | Transportation, meals, hotel |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Mayer Brown LLP | Reception at Standard Club on occasion of investiture 1/11/08 | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. Prudential Individual Retirement Annuity (X) | | None | O | T | | | | | |
| 4. -- AIM V.I. Global Health Care Fund (X) | | | | | Buy (add'l) | 1/7 | J | | |
| 5. | | | | | Buy (add'l) | 3/28 | J | | |
| 6. | | | | | Sold (part) | 1/15 | J | | |
| 7. | | | | | Sold (part) | 2/6 | J | | |
| 8. | | | | | Sold (part) | 3/7 | J | | |
| 9. | | | | | Buy (add'l) | 5/1 | J | | |
| 10. | | | | | Sold (part) | 6/11 | J | | |
| 11. | | | | | Sold (part) | 7/11 | J | | |
| 12. | | | | | Sold (part) | 9/16 | J | | |
| 13. | | | | | Sold (part) | 9/17 | J | | |
| 14. | | | | | Sold (part) | 9/24 | J | | |
| 15. | | | | | Sold (part) | 9/29 | J | | |
| 16. | | | | | Sold (part) | 9/30 | J | | |
| 17. | | | | | Buy (add'l) | 10/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/2 | J | | |
| 19. | | | | | Sold (part) | 10/7 | J | | |
| 20. | | | | | Sold | 10/8 | J | | |
| 21. -- AST DeAM Larrge-Cap Value (X) | | | | | Buy (add'l) | 1/7 | L | | |
| 22. | | | | | Buy (add'l) | 3/28 | J | | |
| 23. | | | | | Sold (part) | 1/15 | K | | |
| 24. | | | | | Sold (part) | 2/6 | K | | |
| 25. | | | | | Sold (part) | 3/7 | J | | |
| 26. | | | | | Buy (add'l) | 5/1 | K | | |
| 27. | | | | | Sold (part) | 6/11 | K | | |
| 28. | | | | | Sold (part) | 7/11 | J | | |
| 29. | | | | | Sold (part) | 9/16 | K | | |
| 30. | | | | | Sold (part) | 9/17 | K | | |
| 31. | | | | | Sold (part) | 9/24 | J | | |
| 32. | | | | | Sold (part) | 9/29 | J | | |
| 33. | | | | | Sold (part) | 9/30 | J | | |
| 34. | | | | | Buy (add'l) | 10/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/2 | J | | |
| 36. | | | | | Buy (add'l) | 10/6 | J | | |
| 37. | | | | | Sold (part) | 10/7 | J | | |
| 38. | | | | | Sold | 10/8 | J | | |
| 39. -- AST International Value (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 40. | | | | | Buy (add'l) | 3/28 | J | | |
| 41. | | | | | Sold (part) | 1/15 | J | | |
| 42. | | | | | Sold (part) | 2/6 | J | | |
| 43. | | | | | Sold (part) | 3/7 | J | | |
| 44. | | | | | Buy (add'l) | 5/1 | J | | |
| 45. | | | | | Sold (part) | 6/11 | J | | |
| 46. | | | | | Sold (part) | 7/11 | J | | |
| 47. | | | | | Sold (part) | 9/16 | J | | |
| 48. | | | | | Sold (part) | 9/17 | J | | |
| 49. | | | | | Sold (part) | 9/24 | J | | |
| 50. | | | | | Sold (part) | 9/29 | J | | |
| 51. | | | | | Sold (part) | 9/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/1 | J | | |
| 53. | | | | | Sold (part) | 10/2 | J | | |
| 54. | | | | | Buy (add'l) | 10/6 | J | | |
| 55. | | | | | Sold (part) | 10/7 | J | | |
| 56. | | | | | Sold | 10/8 | J | | |
| 57.   -- AST Marsico Capital Growth (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 58. | | | | | Buy (add'l) | 3/28 | J | | |
| 59. | | | | | Sold (part) | 1/15 | J | | |
| 60. | | | | | Sold (part) | 2/6 | J | | |
| 61. | | | | | Sold (part) | 3/7 | J | | |
| 62. | | | | | Buy (add'l) | 5/1 | J | | |
| 63. | | | | | Sold (part) | 6/11 | J | | |
| 64. | | | | | Sold (part) | 7/11 | J | | |
| 65. | | | | | Sold (part) | 9/16 | J | | |
| 66. | | | | | Sold (part) | 9/17 | J | | |
| 67. | | | | | Sold (part) | 9/24 | J | | |
| 68. | | | | | Sold (part) | 9/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 9/30 | J | | |
| 70. | | | | | Buy (add'l) | 10/1 | J | | |
| 71. | | | | | Sold (part) | 10/2 | J | | |
| 72. | | | | | Buy (add'l) | 10/6 | J | | |
| 73. | | | | | Sold (part) | 10/7 | J | | |
| 74. | | | | | Sold | 10/8 | J | | |
| 75. -- AST PIMCO Total Return Bond (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 76. | | | | | Buy (add'l) | 3/28 | J | | |
| 77. | | | | | Sold (part) | 1/15 | K | | |
| 78. | | | | | Sold (part) | 2/6 | K | | |
| 79. | | | | | Sold (part) | 3/7 | K | | |
| 80. | | | | | Buy (add'l) | 5/1 | K | | |
| 81. | | | | | Sold (part) | 6/11 | K | | |
| 82. | | | | | Sold (part) | 7/11 | J | | |
| 83. | | | | | Sold (part) | 9/16 | K | | |
| 84. | | | | | Sold (part) | 9/17 | K | | |
| 85. | | | | | Sold (part) | 9/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 9/29 | J | | |
| 87. | | | | | Sold (part) | 9/30 | J | | |
| 88. | | | | | Buy (add'l) | 10/1 | J | | |
| 89. | | | | | Sold (part) | 10/2 | J | | |
| 90. | | | | | Buy (add'l) | 10/6 | J | | |
| 91. | | | | | Sold (part) | 10/7 | J | | |
| 92. | | | | | Sold | 10/8 | J | | |
| 93.   -- AST T. Rowe Price Natural Resources (X) | | | | | Buy (add'l) | 1/7 | J | | |
| 94. | | | | | Buy (add'l) | 3/28 | J | | |
| 95. | | | | | Sold (part) | 1/15 | J | | |
| 96. | | | | | Sold (part) | 2/6 | J | | |
| 97. | | | | | Sold (part) | 3/7 | J | | |
| 98. | | | | | Buy (add'l) | 5/1 | J | | |
| 99. | | | | | Sold (part) | 6/11 | J | | |
| 100. | | | | | Sold (part) | 7/11 | J | | |
| 101. | | | | | Sold (part) | 9/16 | J | | |
| 102. | | | | | Sold (part) | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 9/24 | J | | |
| 104. | | | | | Sold (part) | 9/29 | J | | |
| 105. | | | | | Sold (part) | 9/30 | J | | |
| 106. | | | | | Buy (add'l) | 10/1 | J | | |
| 107. | | | | | Sold (part) | 10/2 | J | | |
| 108. | | | | | Sold | 10/8 | J | | |
| 109.  -- ProFund VP Small-Cap Growth (X) | | | | | Buy (add'l) | 1/7 | J | | |
| 110. | | | | | Buy (add'l) | 3/28 | J | | |
| 111. | | | | | Sold (part) | 1/15 | J | | |
| 112. | | | | | Sold (part) | 2/6 | J | | |
| 113. | | | | | Sold (part) | 3/7 | J | | |
| 114. | | | | | Buy (add'l) | 5/1 | J | | |
| 115. | | | | | Sold (part) | 6/11 | J | | |
| 116. | | | | | Sold (part) | 7/11 | J | | |
| 117. | | | | | Sold (part) | 9/16 | J | | |
| 118. | | | | | Sold (part) | 9/17 | J | | |
| 119. | | | | | Sold (part) | 9/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 9/29 | J | | |
| 121. | | | | | Sold (part) | 9/30 | J | | |
| 122. | | | | | Buy (add'l) | 10/1 | J | | |
| 123. | | | | | Sold (part) | 10/2 | J | | |
| 124. | | | | | Sold (part) | 10/7 | J | | |
| 125. | | | | | Sold | 10/8 | J | | |
| 126. -- ProFund VP Small-Cap Value (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 127. | | | | | Buy (add'l) | 3/28 | J | | |
| 128. | | | | | Sold (part) | 1/15 | J | | |
| 129. | | | | | Sold (part) | 2/6 | J | | |
| 130. | | | | | Sold (part) | 3/7 | J | | |
| 131. | | | | | Buy (add'l) | 5/1 | J | | |
| 132. | | | | | Sold (part) | 6/11 | J | | |
| 133. | | | | | Sold (part) | 7/11 | J | | |
| 134. | | | | | Sold (part) | 9/16 | K | | |
| 135. | | | | | Sold (part) | 9/17 | J | | |
| 136. | | | | | Sold (part) | 9/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 9/29 | J | | |
| 138. | | | | | Sold (part) | 9/30 | J | | |
| 139. | | | | | Buy (add'l) | 10/1 | J | | |
| 140. | | | | | Sold (part) | 10/2 | J | | |
| 141. | | | | | Buy (add'l) | 10/6 | J | | |
| 142. | | | | | Sold (part) | 10/7 | J | | |
| 143. | | | | | Sold | 10/8 | J | | |
| 144. -- GP GRO Fixed Bond Account (X) | | | | | Buy | 1/15 | L | | |
| 145. | | | | | Buy (add'l) | 2/6 | L | | |
| 146. | | | | | Buy (add'l) | 3/7 | L | | |
| 147. | | | | | Sold (part) | 5/1 | L | | |
| 148. | | | | | Buy (add'l) | 6/11 | L | | |
| 149. | | | | | Buy (add'l) | 7/11 | L | | |
| 150. | | | | | Buy (add'l) | 9/16 | L | | |
| 151. | | | | | Buy (add'l) | 9/17 | L | | |
| 152. | | | | | Buy (add'l) | 9/24 | K | | |
| 153. | | | | | Buy (add'l) | 9/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 9/30 | K | | |
| 155. | | | | | Sold (part) | 10/1 | K | | |
| 156. | | | | | Buy (add'l) | 10/2 | K | | |
| 157. | | | | | Sold (part) | 10/6 | J | | |
| 158. | | | | | Buy (add'l) | 10/7 | K | | |
| 159. | | | | | Buy (add'l) | 10/8 | K | | |
| 160. Harris Bank accounts | A | Interest | J | T | | | | | |
| 161. GCG Mutual Fund | | | | | | | | | |
| 162. -- American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 163. -- American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 164. -- American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |
| 165. -- American Funds Bond Fund of America | A | Dividend | J | T | | | | | |
| 166. -- American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 167. GCG 529 Fund #1 | | | | | | | | | |
| 168. -- EuroPacific Growth Fund 529A | A | Dividend | J | T | | | | | |
| 169. -- American Funds New Economy Fund | A | Dividend | J | T | | | | | |
| 170. GCG 529 Fund #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- American Funds Capital World G/I 529A | A | Dividend | J | T | | | | | |
| 172.  -- American Funds Growth Fund of America 529A | A | Dividend | J | T | | | | | |
| 173.  GCG 529 Fund #3 | | | | | | | | | |
| 174.  -- New Perspective Fund 529A | A | Dividend | J | T | | | | | |
| 175.  -- American Funds Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 176.  GCG Fund #4 (X) | | | | | | | | | |
| 177.  -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | | | | | |
| 178.  -- American Funds Capital Income Builder 529A | A | Dividend | J | T | | | | | |
| 179.  Podesta HSA Account | | | | | | | | | |
| 180.  -- I Shares Dow Jones Select Dividend INdex Fund | A | Dividend | J | T | | | | | |
| 181.  -- I Shares TR S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 182.  First Community Bank Common Stock | | None | K | T | | | | | |
| 183.  Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 184.  MSJI, Inc. Common Stock | | None | J | T | | | | | |
| 185.  Minnesota Life: Variable Adjustable Life Insurance ▆▆▆ | A | Interest | J | T | | | | | |
| 186.  Travelers: Variable Life Policy | A | Interest | J | T | | | | | |
| 187.  Northwestern Mutual Life Policy ▆▆▆ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MetLife: Universal Life Policy (X) | A | Interest | J | T | | | | | |
| 189. Hoskins Group LP -- ▮▮▮▮ investment partnership | | | | | | | | | |
| 190. -- Financial Square Trust Prime Obligation FD Admin CL Fund | C | Interest | L | T | | | | | |
| 191. -- Buffalo Jayhawk China Fund | A | Dividend | J | T | | | | | |
| 192. -- Alcoa Incorporated | A | Dividend | J | T | | | | | |
| 193. -- Allstate Corp. | A | Dividend | K | T | | | | | |
| 194. -- Amgen, Inc. (Y) | | | | | | | | | |
| 195. -- Applied Materials, Inc. | A | Dividend | J | T | | | | | |
| 196. -- Archer Daniels Midland (Y) | | | | | | | | | |
| 197. -- BP PLC ADR | A | Dividend | J | T | | | | | |
| 198. -- Chevron Corp. | A | Dividend | K | T | | | | | |
| 199. -- Cincinnati Financial Group | A | Dividend | J | T | | | | | |
| 200. -- Citigroup Inc. (Y) | | | | | | | | | |
| 201. -- Friedman Billings Ramsey A (Y) | | | | | | | | | |
| 202. -- General Electric Co. | A | Dividend | J | T | Buy (add'l) | 10/3 | J | | |
| 203. -- Glaxo SmithKline Sponsored PLC ADR | A | Dividend | J | T | | | | | |
| 204. -- Grant Prideco, Inc. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- Intel Corp. | A | Dividend | J | T | | | | | |
| 206. -- Kinder Morgan Energy Partners Ltd. P'ship Interest | C | Distribution | K | T | | | | | |
| 207. -- Lilly Eli & Co. | A | Dividend | K | T | | | | | |
| 208. -- Mentor Corp./Minn. | A | Dividend | | | Sold | 12/24 | J | | |
| 209. -- Modine Mfg. Co. | A | Dividend | J | T | | | | | |
| 210. -- Newmont Mining Corp. | A | Dividend | K | T | | | | | |
| 211. -- Pitney Bowes, Inc. | A | Dividend | J | T | | | | | |
| 212. -- Schlumberger, Ltd. | A | Dividend | J | T | Buy (add'l) | 10/3 | J | | |
| 213. -- United Technologies Corp. | A | Dividend | K | T | | | | | |
| 214. -- Veeco Instrs., Inc., Del. | | | | | Sold | 12/11 | J | | |
| 215. -- Johnson & Johnson | B | Dividend | L | T | | | | | |
| 216. -- Abbott Labs (X) | A | Dividend | K | T | | | | | |
| 217. -- Boeing, Inc. (X) | A | Dividend | J | T | Buy | 1/23 | J | | |
| 218. | | | | | Buy (add'l) | 10/3 | J | | |
| 219. -- Conocophillips (X) | A | Dividend | J | T | | | | | |
| 220. -- Costco Whsl Corp (X) | A | Dividend | K | T | | | | | |
| 221. -- DuPont (E I) De Nemours & Co. (X) | A | Dividend | K | T | Buy | 1/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Forest Labs Inc. (X) | | | J | T | Buy | 1/23 | J | | |
| 223. | | | | | Buy (add'l) | 10/15 | J | | |
| 224. -- Kennametal Inc. (X) | A | Dividend | J | T | Buy | 1/23 | J | | |
| 225. -- Limited Inc. (X) | A | Dividend | J | T | Buy | 1/7 | J | | |
| 226. -- Marathon Oil Corp (X) | | Dividend | J | T | Buy | 1/9 | J | | |
| 227. | | | | | Buy (add'l) | 4/22 | J | | |
| 228. -- Marsh & McLennan Inc. (X) | A | Dividend | | | Sold | 9/8 | J | A | |
| 229. -- Microsoft Corp. (X) | A | Dividend | J | T | | | | | |
| 230. -- Patterson-Uti Energy Inc. (X) | A | Dividend | J | T | | | | | |
| 231. -- Pfizer, Inc. (X) | A | Dividend | J | T | Buy | 1/2 | J | | |
| 232. -- Royal Dutch Shell PLC-ADR A (X) | A | Dividend | J | T | | | | | |
| 233. -- Swift Energy Co. (X) | | | J | T | | | | | |
| 234. -- Trinity Industries Inc. (X) | A | Dividend | | | Buy (add'l) | 1/11 | J | | |
| 235. | | | | | Sold | 5/8 | J | B | |
| 236. -- Unit Corp. (X) | A | | J | T | Buy | 1/14 | J | | |
| 237. -- US Bancorp (X) | B | Dividend | K | T | | | | | |
| 238. -- Weatherford Int'l Ltd. (X) | | | J | T | Buy (add'l) | 10/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Whole Foods Mkt Inc. (X) | A | Dividend | J | T | Sold (part) | 12/11 | J | | |
| 240. -- Wilmington Trust Corp. (X) | B | Dividend | K | T | | | | | |
| 241. -- Wrigley Wm Jr. Co. (X) | A | Dividend | | | Closed | 10/7 | J | B | |
| 242. -- Buffalo International Fund #1449 (X) | A | Dividend | K | T | | | | | |
| 243. -- Frontier Oil Corp. (X) | A | Dividend | J | T | Buy | 4/1 | J | | |
| 244. | | | | | Buy (add'l) | 4/18 | J | | |
| 245. | | | | | Buy (add'l) | 5/5 | J | | |
| 246. | | | | | Buy (add'l) | 10/15 | J | | |
| 247. | | | | | Sold (part) | 11/19 | J | A | |
| 248. -- Ico Inc. (X) | | | J | T | Buy | 4/3 | J | | |
| 249. | | | | | Buy (add'l) | 7/2 | J | | |
| 250. -- Coeur D'Alene Mines Corp. Convertible Note (X) | A | Interest | J | T | Buy | 5/12 | J | | |
| 251. -- Kraft Foods Inc. A (X) | A | Dividend | K | T | Buy | 6/24 | J | | |
| 252. -- Great Plains Energy Inc. (X) | A | Dividend | K | T | Buy | 9/17 | J | | |
| 253. | | | | | Buy (add'l) | 9/22 | J | | |
| 254. -- Lions Gate Convertible Note (X) | A | Interest | J | T | Buy | 9/18 | J | | |
| 255. -- Calpine Corp. (X) | | | J | T | Buy | 9/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -- Apache Corp. (X) | A | Dividend | J | T | Buy | 10/3 | J | | |
| 257.  -- Coca Cola (X) | A | Dividend | J | T | Buy | 10/3 | J | | |
| 258.  -- Questar Corp. (X) | A | Dividend | K | T | Buy | 10/3 | J | | |
| 259. | | | | | Buy (add'l) | 10/10 | J | | |
| 260.  -- Newfield Expl Co. (X) | | | J | T | Buy | 10/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Please note that I did not file an annual report for 2007 because I served fewer than 60 days on the bench in 2007. I filed a nomination report on 7/19/07.

2. Explanation of certain assets that appeared on 2007 nomination report and do not appear on 2008 annual report:

a. Bank of Oklahoma 401K (items 3-6 of 2007 nomination report): assets distributed upon resignation from partnership at Mayer Brown and placed into Prudential annuity product (items 3-159 on 2008 annual report).

b. Mayer Brown Partnership Capital Account and Mayer Brown Cash Balance Retirement Plan (items 29-30 of 2007 nomination report): assets distributed upon resignation from partnership.

3. Explanation of certain assets that appear on 2008 annual report that did not appear on 2007 nomination report:

a. GCG 529 Plan #4 (item 176 of 2008 annual report): new 529 college plan set up for ███████ after submission of 2007 nomination report

b. MetLife Universal Life Policy (item 188 of 2008 annual report): inadvertently omitted from 2007 nomination report; policy purchased for me by ████ at age 19; forgot that I had it.

4. Other explanatory notes:

a. Items 3-159 pertain to a Prudential annuity product into which I placed money that I previously had invested in the Mayer Brown 401K and partner retirement accounts. The product has a guaranteed return option, which I elected. As a result, as the market fluctuated a great deal over the course of 2008, an algorithm programmed by Prudential triggered a large number of transactions that had the effect (by October) of transferring all of my assets from the 8 mutual funds into which the assets initially were placed in December 2007 into a single bond account (GR GRO). Although I have a right to direct the trading to a degree (subject to the algorithm), I have not done so at any time. All of the transactions reported in this disclosure form were the result of the algorithm triggering activity as the market precipitously declined in 2008. To simply this process in the future, I have asked my financial advisor to send me the paperwork so that I can opt NOT to have a self-directed account as of May or June 2009.

b. Items 189-260 pertain to ████ interest in a ████ investment partnership. ███████████ each own 20% of the shares and are limited partners; ████████ are the general partners. Several of the subitems relating to the Hoskins Group LP were acquired or disposed of between the date of my nomination report (7/19/07) and the beginning of the reporting period (1/1/08). Items that were disposed of during that time frame are noted with a (Y) but have no corresponding sale information in column D. Items that were acquired during that time frame are noted with an (X) but have no corresponding purchase information in column D. As of March 2009, the partnership has divested of all individual stocks and reinvested in mutual funds, which will simplify matters for my future financial disclosure reports (after 2009).

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dow, Jr., Robert M. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Illinois | 3. Date of Report<br><br>07/1/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>E.M. Dirksen U.S. Courthouse<br>219 South Dearborn Street, Suite 1978<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Harvard Law Society of Illinois |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 JUL -9 A 9: 48 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Dow Jr_Robert_M 2

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Bailey & Glasser LLP -- self-employed attorney performing contract legal work |
| 2. | 2008 | Brumund, Jacobs, Hammel, Davidson & Andreano LLC -- self-employed attorney performing contract legal work |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 1/14 to 1/18/08 | Richmond, VA | Judicial Training | Transportation, meals, hotel |
| 2. | Federal Judicial Center | 2/25 to 2/29/08 | Washington, DC | Judicial Training | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Mayer Brown LLP | Reception at Standard Club on occasion of investiture 1/11/08 | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. Prudential Individual Retirement Annuity (X) | | None | O | T | | | | | |
| 4. -- AIM V.I. Global Health Care Fund (X) | | | | | Buy (add'l) | 1/7 | J | | |
| 5. | | | | | Buy (add'l) | 3/28 | J | | |
| 6. | | | | | Sold (part) | 1/15 | J | | |
| 7. | | | | | Sold (part) | 2/6 | J | | |
| 8. | | | | | Sold (part) | 3/7 | J | | |
| 9. | | | | | Buy (add'l) | 5/1 | J | | |
| 10. | | | | | Sold (part) | 6/11 | J | | |
| 11. | | | | | Sold (part) | 7/11 | J | | |
| 12. | | | | | Sold (part) | 9/16 | J | | |
| 13. | | | | | Sold (part) | 9/17 | J | | |
| 14. | | | | | Sold (part) | 9/24 | J | | |
| 15. | | | | | Sold (part) | 9/29 | J | | |
| 16. | | | | | Sold (part) | 9/30 | J | | |
| 17. | | | | | Buy (add'l) | 10/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/2 | J | | |
| 19. | | | | | Sold (part) | 10/7 | J | | |
| 20. | | | | | Sold | 10/8 | J | | |
| 21.   -- AST DeAM Larrge-Cap Value (X) | | | | | Buy (add'l) | 1/7 | L | | |
| 22. | | | | | Buy (add'l) | 3/28 | J | | |
| 23. | | | | | Sold (part) | 1/15 | K | | |
| 24. | | | | | Sold (part) | 2/6 | K | | |
| 25. | | | | | Sold (part) | 3/7 | J | | |
| 26. | | | | | Buy (add'l) | 5/1 | K | | |
| 27. | | | | | Sold (part) | 6/11 | K | | |
| 28. | | | | | Sold (part) | 7/11 | J | | |
| 29. | | | | | Sold (part) | 9/16 | K | | |
| 30. | | | | | Sold (part) | 9/17 | K | | |
| 31. | | | | | Sold (part) | 9/24 | J | | |
| 32. | | | | | Sold (part) | 9/29 | J | | |
| 33. | | | | | Sold (part) | 9/30 | J | | |
| 34. | | | | | Buy (add'l) | 10/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/2 | J | | |
| 36. | | | | | Buy (add'l) | 10/6 | J | | |
| 37. | | | | | Sold (part) | 10/7 | J | | |
| 38. | | | | | Sold | 10/8 | J | | |
| 39. -- AST International Value (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 40. | | | | | Buy (add'l) | 3/28 | J | | |
| 41. | | | | | Sold (part) | 1/15 | J | | |
| 42. | | | | | Sold (part) | 2/6 | J | | |
| 43. | | | | | Sold (part) | 3/7 | J | | |
| 44. | | | | | Buy (add'l) | 5/1 | J | | |
| 45. | | | | | Sold (part) | 6/11 | J | | |
| 46. | | | | | Sold (part) | 7/11 | J | | |
| 47. | | | | | Sold (part) | 9/16 | J | | |
| 48. | | | | | Sold (part) | 9/17 | J | | |
| 49. | | | | | Sold (part) | 9/24 | J | | |
| 50. | | | | | Sold (part) | 9/29 | J | | |
| 51. | | | | | Sold (part) | 9/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/1 | J | | |
| 53. | | | | | Sold (part) | 10/2 | J | | |
| 54. | | | | | Buy (add'l) | 10/6 | J | | |
| 55. | | | | | Sold (part) | 10/7 | J | | |
| 56. | | | | | Sold | 10/8 | J | | |
| 57.   -- AST Marsico Capital Growth (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 58. | | | | | Buy (add'l) | 3/28 | J | | |
| 59. | | | | | Sold (part) | 1/15 | J | | |
| 60. | | | | | Sold (part) | 2/6 | J | | |
| 61. | | | | | Sold (part) | 3/7 | J | | |
| 62. | | | | | Buy (add'l) | 5/1 | J | | |
| 63. | | | | | Sold (part) | 6/11 | J | | |
| 64. | | | | | Sold (part) | 7/11 | J | | |
| 65. | | | | | Sold (part) | 9/16 | J | | |
| 66. | | | | | Sold (part) | 9/17 | J | | |
| 67. | | | | | Sold (part) | 9/24 | J | | |
| 68. | | | | | Sold (part) | 9/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 9/30 | J | | |
| 70. | | | | | Buy (add'l) | 10/1 | J | | |
| 71. | | | | | Sold (part) | 10/2 | J | | |
| 72. | | | | | Buy (add'l) | 10/6 | J | | |
| 73. | | | | | Sold (part) | 10/7 | J | | |
| 74. | | | | | Sold | 10/8 | J | | |
| 75. -- AST PIMCO Total Return Bond (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 76. | | | | | Buy (add'l) | 3/28 | J | | |
| 77. | | | | | Sold (part) | 1/15 | K | | |
| 78. | | | | | Sold (part) | 2/6 | K | | |
| 79. | | | | | Sold (part) | 3/7 | K | | |
| 80. | | | | | Buy (add'l) | 5/1 | K | | |
| 81. | | | | | Sold (part) | 6/11 | K | | |
| 82. | | | | | Sold (part) | 7/11 | J | | |
| 83. | | | | | Sold (part) | 9/16 | K | | |
| 84. | | | | | Sold (part) | 9/17 | K | | |
| 85. | | | | | Sold (part) | 9/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 9/29 | J | | |
| 87. | | | | | Sold (part) | 9/30 | J | | |
| 88. | | | | | Buy (add'l) | 10/1 | J | | |
| 89. | | | | | Sold (part) | 10/2 | J | | |
| 90. | | | | | Buy (add'l) | 10/6 | J | | |
| 91. | | | | | Sold (part) | 10/7 | J | | |
| 92. | | | | | Sold | 10/8 | J | | |
| 93. -- AST T. Rowe Price Natural Resources (X) | | | | | Buy (add'l) | 1/7 | J | | |
| 94. | | | | | Buy (add'l) | 3/28 | J | | |
| 95. | | | | | Sold (part) | 1/15 | J | | |
| 96. | | | | | Sold (part) | 2/6 | J | | |
| 97. | | | | | Sold (part) | 3/7 | J | | |
| 98. | | | | | Buy (add'l) | 5/1 | J | | |
| 99. | | | | | Sold (part) | 6/11 | J | | |
| 100. | | | | | Sold (part) | 7/11 | J | | |
| 101. | | | | | Sold (part) | 9/16 | J | | |
| 102. | | | | | Sold (part) | 9/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 9/24 | J | | |
| 104. | | | | | Sold (part) | 9/29 | J | | |
| 105. | | | | | Sold (part) | 9/30 | J | | |
| 106. | | | | | Buy (add'l) | 10/1 | J | | |
| 107. | | | | | Sold (part) | 10/2 | J | | |
| 108. | | | | | Sold | 10/8 | J | | |
| 109.  -- ProFund VP Small-Cap Growth (X) | | | | | Buy (add'l) | 1/7 | J | | |
| 110. | | | | | Buy (add'l) | 3/28 | J | | |
| 111. | | | | | Sold (part) | 1/15 | J | | |
| 112. | | | | | Sold (part) | 2/6 | J | | |
| 113. | | | | | Sold (part) | 3/7 | J | | |
| 114. | | | | | Buy (add'l) | 5/1 | J | | |
| 115. | | | | | Sold (part) | 6/11 | J | | |
| 116. | | | | | Sold (part) | 7/11 | J | | |
| 117. | | | | | Sold (part) | 9/16 | J | | |
| 118. | | | | | Sold (part) | 9/17 | J | | |
| 119. | | | | | Sold (part) | 9/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 9/29 | J | | |
| 121. | | | | | Sold (part) | 9/30 | J | | |
| 122. | | | | | Buy (add'l) | 10/1 | J | | |
| 123. | | | | | Sold (part) | 10/2 | J | | |
| 124. | | | | | Sold (part) | 10/7 | J | | |
| 125. | | | | | Sold | 10/8 | J | | |
| 126. -- ProFund VP Small-Cap Value (X) | | | | | Buy (add'l) | 1/7 | K | | |
| 127. | | | | | Buy (add'l) | 3/28 | J | | |
| 128. | | | | | Sold (part) | 1/15 | J | | |
| 129. | | | | | Sold (part) | 2/6 | J | | |
| 130. | | | | | Sold (part) | 3/7 | J | | |
| 131. | | | | | Buy (add'l) | 5/1 | J | | |
| 132. | | | | | Sold (part) | 6/11 | J | | |
| 133. | | | | | Sold (part) | 7/11 | J | | |
| 134. | | | | | Sold (part) | 9/16 | K | | |
| 135. | | | | | Sold (part) | 9/17 | J | | |
| 136. | | | | | Sold (part) | 9/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 9/29 | J | | |
| 138. | | | | | Sold (part) | 9/30 | J | | |
| 139. | | | | | Buy (add'l) | 10/1 | J | | |
| 140. | | | | | Sold (part) | 10/2 | J | | |
| 141. | | | | | Buy (add'l) | 10/6 | J | | |
| 142. | | | | | Sold (part) | 10/7 | J | | |
| 143. | | | | | Sold | 10/8 | J | | |
| 144.  -- GP GRO Fixed Bond Account (X) | | | | | Buy | 1/15 | L | | |
| 145. | | | | | Buy (add'l) | 2/6 | L | | |
| 146. | | | | | Buy (add'l) | 3/7 | L | | |
| 147. | | | | | Sold (part) | 5/1 | L | | |
| 148. | | | | | Buy (add'l) | 6/11 | L | | |
| 149. | | | | | Buy (add'l) | 7/11 | L | | |
| 150. | | | | | Buy (add'l) | 9/16 | L | | |
| 151. | | | | | Buy (add'l) | 9/17 | L | | |
| 152. | | | | | Buy (add'l) | 9/24 | K | | |
| 153. | | | | | Buy (add'l) | 9/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 9/30 | K | | |
| 155. | | | | | Sold (part) | 10/1 | K | | |
| 156. | | | | | Buy (add'l) | 10/2 | K | | |
| 157. | | | | | Sold (part) | 10/6 | J | | |
| 158. | | | | | Buy (add'l) | 10/7 | K | | |
| 159. | | | | | Buy (add'l) | 10/8 | K | | |
| 160. Harris Bank accounts | A | Interest | J | T | | | | | |
| 161. GCG Mutual Fund | | | | | | | | | |
| 162. -- American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 163. -- American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 164. -- American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |
| 165. -- American Funds Bond Fund of America | A | Dividend | J | T | | | | | |
| 166. -- American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 167. GCG 529 Fund #1 | | | | | | | | | |
| 168. -- EuroPacific Growth Fund 529A | A | Dividend | J | T | | | | | |
| 169. -- American Funds New Economy Fund | A | Dividend | J | T | | | | | |
| 170. GCG 529 Fund #2 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- American Funds Capital World G/I 529A | A | Dividend | J | T | | | | | |
| 172. -- American Funds Growth Fund of America 529A | A | Dividend | J | T | | | | | |
| 173. GCG 529 Fund #3 | | | | | | | | | |
| 174. -- New Perspective Fund 529A | A | Dividend | J | T | | | | | |
| 175. -- American Funds Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 176. GCG Fund #4 (X) | | | | | | | | | |
| 177. -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | | | | | |
| 178. -- American Funds Capital Income Builder 529A | A | Dividend | J | T | | | | | |
| 179. Podesta HSA Account | | | | | | | | | |
| 180. -- I Shares Dow Jones Select Dividend INdex Fund | A | Dividend | J | T | | | | | |
| 181. -- I Shares TR S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 182. First Community Bank Common Stock | | None | K | T | | | | | |
| 183. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 184. MSJI, Inc. Common Stock | | None | J | T | | | | | |
| 185. Minnesota Life: Variable Adjustable Life Insurance (spouse) | A | Interest | J | T | | | | | |
| 186. Travelers: Variable Life Policy | A | Interest | J | T | | | | | |
| 187. Northwestern Mutual Life Policy (spouse) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns BI and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MetLife: Universal Life Policy (X) | A | Interest | J | T | | | | | |
| 189. Hoskins Group LP -- ▮▮▮▮ investment partnership | | | | | | | | | |
| 190. -- Financial Square Trust Prime Obligation FD Admin CL Fund | C | Interest | L | T | | | | | |
| 191. -- Buffalo Jayhawk China Fund | A | Dividend | J | T | | | | | |
| 192. -- Alcoa Incorporated | A | Dividend | J | T | | | | | |
| 193. -- Allstate Corp. | A | Dividend | K | T | | | | | |
| 194. -- Amgen, Inc. (Y) | | | | | | | | | |
| 195. -- Applied Materials, Inc. | A | Dividend | J | T | | | | | |
| 196. -- Archer Daniels Midland (Y) | | | | | | | | | |
| 197. -- BP PLC ADR | A | Dividend | J | T | | | | | |
| 198. -- Chevron Corp. | A | Dividend | K | T | | | | | |
| 199. -- Cincinnati Financial Group | A | Dividend | J | T | | | | | |
| 200. -- Citigroup Inc. (Y) | | | | | | | | | |
| 201. -- Friedman Billings Ramsey A (Y) | | | | | | | | | |
| 202. -- General Electric Co. | A | Dividend | J | T | Buy (add'l) | 10/3 | J | | |
| 203. -- Glaxo SmithKline Sponsored PLC ADR | A | Dividend | J | T | | | | | |
| 204. -- Grant Prideco, Inc. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- Intel Corp. | A | Dividend | J | T | | | | | |
| 206. -- Kinder Morgan Energy Partners Ltd. P'ship Interest | C | Distribution | K | T | | | | | |
| 207. -- Lilly Eli & Co. | A | Dividend | K | T | | | | | |
| 208. -- Mentor Corp./Minn. | A | Dividend | | | Sold | 12/24 | J | | |
| 209. -- Modine Mfg. Co. | A | Dividend | J | T | | | | | |
| 210. -- Newmont Mining Corp. | A | Dividend | K | T | | | | | |
| 211. -- Pitney Bowes, Inc. | A | Dividend | J | T | | | | | |
| 212. -- Schlumberger, Ltd. | A | Dividend | J | T | Buy (add'l) | 10/3 | J | | |
| 213. -- United Technologies Corp. | A | Dividend | K | T | | | | | |
| 214. -- Veeco Instrs., Inc., Del. | | None | | | Sold | 12/11 | J | | |
| 215. -- Johnson & Johnson | B | Dividend | L | T | | | | | |
| 216. -- Abbott Labs (X) | A | Dividend | K | T | | | | | |
| 217. -- Boeing, Inc. (X) | A | Dividend | J | T | Buy | 1/23 | J | | |
| 218. | | | | | Buy (add'l) | 10/3 | J | | |
| 219. -- Conocophillips (X) | A | Dividend | J | T | | | | | |
| 220. -- Costco Whsl Corp (X) | A | Dividend | K | T | | | | | |
| 221. -- DuPont (E I) De Nemours & Co. (X) | A | Dividend | K | T | Buy | 1/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Forest Labs Inc. (X) | | None | J | T | Buy | 1/23 | J | | |
| 223. | | | | | Buy (add'l) | 10/15 | J | | |
| 224. -- Kennametal Inc. (X) | A | Dividend | J | T | Buy | 1/23 | J | | |
| 225. -- Limited Inc. (X) | A | Dividend | J | T | Buy | 1/7 | J | | |
| 226. -- Marathon Oil Corp (X) | A | Dividend | J | T | Buy | 1/9 | J | | |
| 227. | | | | | Buy (add'l) | 4/22 | J | | |
| 228. -- Marsh & McLennan Inc. (X) | A | Dividend | | | Sold | 9/8 | J | A | |
| 229. -- Microsoft Corp. (X) | A | Dividend | J | T | | | | | |
| 230. -- Patterson-Uti Energy Inc. (X) | A | Dividend | J | T | | | | | |
| 231. -- Pfizer, Inc. (X) | A | Dividend | J | T | Buy | 1/2 | J | | |
| 232. -- Royal Dutch Shell PLC-ADR A (X) | A | Dividend | J | T | | | | | |
| 233. -- Swift Energy Co. (X) | | None | J | T | | | | | |
| 234. -- Trinity Industries Inc. (X) | A | Dividend | | | Buy (add'l) | 1/11 | J | | |
| 235. | | | | | Sold | 5/8 | J | B | |
| 236. -- Unit Corp. (X) | | None | J | T | Buy | 1/14 | J | | |
| 237. -- US Bancorp (X) | B | Dividend | K | T | | | | | |
| 238. -- Weatherford Int'l Ltd. (X) | | None | J | T | Buy (add'l) | 10/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Whole Foods Mkt Inc. (X) | A | Dividend | J | T | Sold (part) | 12/11 | J | | |
| 240. -- Wilmington Trust Corp. (X) | B | Dividend | K | T | | | | | |
| 241. -- Wrigley Wm Jr. Co. (X) | A | Dividend | | | Closed | 10/7 | J | B | |
| 242. -- Buffalo International Fund #1449 (X) | A | Dividend | K | T | | | | | |
| 243. -- Frontier Oil Corp. (X) | A | Dividend | J | T | Buy | 4/1 | J | | |
| 244. | | | | | Buy (add'l) | 4/18 | J | | |
| 245. | | | | | Buy (add'l) | 5/5 | J | | |
| 246. | | | | | Buy (add'l) | 10/15 | J | | |
| 247. | | | | | Sold (part) | 11/19 | J | A | |
| 248. -- Ico Inc. (X) | | None | J | T | Buy | 4/3 | J | | |
| 249. | | | | | Buy (add'l) | 7/2 | J | | |
| 250. -- Coeur D'Alene Mines Corp. Convertible Note (X) | A | Interest | J | T | Buy | 5/12 | J | | |
| 251. -- Kraft Foods Inc. A (X) | A | Dividend | K | T | Buy | 6/24 | J | | |
| 252. -- Great Plains Energy Inc. (X) | A | Dividend | K | T | Buy | 9/17 | J | | |
| 253. | | | | | Buy (add'l) | 9/22 | J | | |
| 254. -- Lions Gate Convertible Note (X) | A | Interest | J | T | Buy | 9/18 | J | | |
| 255. -- Calpine Corp. (X) | | None | J | T | Buy | 9/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 07/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -- Apache Corp. (X) | A | Dividend | J | T | Buy | 10/3 | J | | |
| 257.  -- Coca Cola (X) | A | Dividend | J | T | Buy | 10/3 | J | | |
| 258.  -- Questar Corp. (X) | A | Dividend | K | T | Buy | 10/3 | J | | |
| 259. | | | | | Buy (add'l) | 10/10 | J | | |
| 260.  -- Newfield Expl Co. (X) | | None | J | T | Buy | 10/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Please note that I did not file an annual report for 2007 because I served fewer than 60 days on the bench in 2007. I filed a nomination report on 7/19/07.

2. Explanation of certain assets that appeared on 2007 nomination report and do not appear on 2008 annual report:

a. Bank of Oklahoma 401K (items 3-6 of 2007 nomination report): assets distributed upon resignation from partnership at Mayer Brown and placed into Prudential annuity product (items 3-159 on 2008 annual report).

b. Mayer Brown Partnership Capital Account and Mayer Brown Cash Balance Retirement Plan (items 29-30 of 2007 nomination report): assets distributed upon resignation from partnership.

3. Explanation of certain assets that appear on 2008 annual report that did not appear on 2007 nomination report:

a. GCG 529 Plan #4 (item 176 of 2008 annual report): new 529 college plan set up for ▇▇▇▇▇▇ after submission of 2007 nomination report

b. MetLife Universal Life Policy (item 188 of 2008 annual report): inadvertently omitted from 2007 nomination report; policy purchased for me by ▇▇▇▇ at age 19; forgot that I had it.

4. Other explanatory notes:

a. Items 3-159 pertain to a Prudential annuity product into which I placed money that I previously had invested in the Mayer Brown 401K and partner retirement accounts. The product has a guaranteed return option, which I elected. As a result, as the market fluctuated a great deal over the course of 2008, an algorithm programmed by Prudential triggered a large number of transactions that had the effect (by October) of transferring all of my assets from the 8 mutual funds into which the assets initially were placed in December 2007 into a single bond account (GR GRO). Although I have a right to direct the trading to a degree (subject to the algorithm), I have not done so at any time. All of the transactions reported in this disclosure form were the result of the algorithm triggering activity as the market precipitously declined in 2008. To simplify this process in the future, I have asked my financial advisor to send me the paperwork so that I can opt NOT to have a self-directed account as of May or June 2009.

b. Items 189-260 pertain to ▇▇▇▇ interest in a ▇▇▇ investment partnership. ▇▇▇▇▇▇▇▇ each own 20% of the shares and are limited partners; ▇▇▇▇▇▇▇ are the general partners. Several of the subitems relating to the Hoskins Group LP were acquired or disposed of between the date of my nomination report (7/19/07) and the beginning of the reporting period (1/1/08). Items that were disposed of during that time frame are noted with a (Y) but have no corresponding sale information in column D. Items that were acquired during that time frame are noted with an (X) but have no corresponding purchase information in column D. As of March 2009, the partnership has divested of all individual stocks and reinvested in mutual funds, which will simplify matters for my future financial disclosure reports (after 2009).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544